IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRI L. BYRD**                                                                             **PLAINTIFF**

v.                              Case No. 4:19-cv-00416 BSM

**SOCIAL SECURITY ADMINISTRATION,**                               **DEFENDANT**
Commissioner

## ORDER

The proposed findings and recommendations ("recommendation") from United States Magistrate Judge Joe. J. Volpe [Doc. No. 12] has been received. After careful review of the record, the recommendation is adopted, and the case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of February 2020.

                                                                                                          /s/ Brian S. Miller
                                                              UNITED STATES DISTRICT JUDGE