IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRI L. BYRD**                                                                                           **PLAINTIFF**

v.                              Case No. 4:19-cv-00416 BSM

**SOCIAL SECURITY ADMINISTRATION,**                                         **DEFENDANT**
Commissioner

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of February 2020.

_____
UNITED STATES DISTRICT JUDGE